FILED
2020 Jan-07 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **ROGER GAIRY CHRISTOPH ALLEN,** )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>**KEVIN MCALEENAN, Secretary** )<br>**of Homeland Security, et al.,** )<br>)<br>Respondents. ) | Civil Action Number<br>**4:19-cv-00592-AKK-HNJ** |

## MEMORANDUM OPINION

On December 13, 2019, the magistrate judge entered a report recommending the court grant Respondents' motion for summary dismissal and dismiss this 28 U.S.C. § 2241 petition without prejudice. Doc. 11. Although the report and recommendation advised Petitioner of his right to file specific written objections within fourteen (14) days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the material in the court file, including the report and recommendation, the court **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. Respondents' motion for summary dismissal is due to be granted and the petition is due to be dismissed without prejudice.

The court will enter an appropriate order.

**DONE** the 7th day of January, 2020.

                                          **ABDUL K. KALLON**
                                        UNITED STATES DISTRICT JUDGE